IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MODESTO A. COVARRUBIAS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>THE UNITED STATES DISTRIC COURT FOR THE DISTRIC OF NEBRASKA,<br><br>　　　　　　　Defendant. | 8:18CV283<br><br>**MEMORANDUM AND ORDER** |

　　　This matter is before the court on correspondence from Plaintiff which the court construes as a motion for status. (Filing No. 16.) Plaintiff generally asks about his case, how much he can recover in damages, and whether "the mat[t]er can be done in A WEEK." (*Id*.) Plaintiff is advised that the next step in his case is for the court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this review in its normal course of business. Accordingly,

　　　IT IS ORDERED that Plaintiff's motion for status (filing no. 16) is granted consistent with this Memorandum and Order.

　　　Dated this 15th day of November, 2018.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　　　Senior United States District Judge