IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MODESTO A. COVARRUBIAS,<br><br>            Plaintiff,<br><br>vs.<br><br>THE UNITED STATES DISTRIC COURT FOR THE DISTRIC OF NEBRASKA,<br><br>            Defendant. | 8:18CV283<br><br>MEMORANDUM<br>AND ORDER |

      This matter is before the court on Plaintiff's correspondence which the court construes as a motion to reopen his case. (Filing No. 20.) Plaintiff states that he "would like to proceed in law suit." (*Id*.) The court dismissed this matter without prejudice on June 10, 2019, because Plaintiff's claims against the named Defendant are barred by sovereign immunity as well as by *Heck v. Humphrey*, 512 U.S. 477 (1994). (Filing Nos. 18 & 19.) Accordingly,

      IT IS THEREFORE ORDERED that:

      1.     Plaintiff's motion to reopen his case (filing no. 20) is denied.

      2.     The clerk of the court is directed to send a copy of this Memorandum and Order to the address on file for Plaintiff <u>and</u> to 3716 Tuzalin Ave., Lincoln, NE 68507 pursuant to Plaintiff's request in his motion.

Dated this 30th day of August, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge